UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE D. BROOKS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DEBRA ANN PETERSON<br><br>　　　　　　Defendant. | No. 2:14-CV-052-RHW<br><br>**REPORT AND RECOMMENDATION TO CLOSE FILE** |

By Order filed February 20, 2014, ECF No. 3, the Plaintiff was directed to proffer the full filing fee, show cause why prepayment would be inappropriate, or submit a properly completed Application to Proceed *In Forma Pauperis* within thirty days.

There has been no response to the court's Order. Accordingly,

**IT IS RECOMMENDED** the file of the captioned matter be **CLOSED.**

## OBJECTIONS

Plaintiff may object to a magistrate judge's proposed findings, recommendations or report within fourteen (14) days following service with a copy thereof. Written objections shall be filed with the Clerk of the Court, specifically identifying any the portions to which objection is being made, and the basis therefor.

A district judge will make a de novo determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's

REPORT AND RECOMMENDATION TO CLOSE FILE - 1

1  determination.  The judge need not conduct a new hearing or hear arguments and
2  may consider the magistrate judge's record and make an independent
3  determination thereon.  The judge may, but is not required to, accept or consider
4  additional evidence, or may recommit the matter to the magistrate judge with
5  instructions.  *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C.
6  § 636(b)(1)(B) and (C); FED. R. CIV. P. 72(b)(3); LMR 4, Local Rules for the
7  Eastern District of Washington. A magistrate judge's recommendation cannot be
8  appealed to a court of appeals; only the district judge's order or judgment can be
9  appealed.

      The Clerk of the Court is directed to file this Report and Recommendation and provide a copy to Plaintiff and to Senior Judge Whaley.

      DATED March 25, 2014.



_____
                    JOHN T. RODGERS
            UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION TO CLOSE FILE - 2