# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA ANN PETERSON,<br><br>              Plaintiff,<br><br>vs.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>              Defendant. | No. 2:14-CV-052-RHW<br><br>ORDER TO PROCEED *IN FORMA PAUPERIS* AND STRIKING REPORT AND RECOMMENDATION CASE MANAGEMENT DEADLINE |

Because of Plaintiff's failure to respond to the Order Denying Application to Proceed *In Forma Pauperis* within the time allowed, the Court entered a Report and Recommendation, ECF No. 4. Thereafter, Plaintiff filed a second Application to Proceed *In Forma Pauperis,* ECF No. 5, in response to the Court's Order Denying IFP status, ECF No. 3. Because it appears Plaintiff remedied the information contained in the first Application, and lacks sufficient funds to prosecute this action, the District Court Executive shall file the Complaint without payment of the filing fee. Summons may issue in the captioned matter.

It is noted that the date on Plaintiff's second Application was an error. The Court assumes it was a scrivener's error, and construes the Application to be dated as of the date it was filed.

In addition, because the Application to Proceed *In Forma* Pauperis has been supplemented, the Report and Recommendation, ECF No. 4, is moot. The District

ORDER TO PROCEED *IN FORMA PAUPERIS* - 1

1  Court Executive is directed to strike the Case Management Deadline relating to the
2  Report and Recommendation.
3         DATED March 27, 2014.



                          _____
                                  JOHN T. RODGERS
                          UNITED STATES MAGISTRATE JUDGE

ORDER TO PROCEED *IN FORMA PAUPERIS* - 2