UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA ANN PETERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | NO. 2:14-cv-00052-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge James P. Hutton's July 23, 2015 Report and Recommendation, ECF No. 13, recommending that Defendant's Motion to Dismiss, ECF No. 11, be granted. No objections have been filed.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety and grants Defendant's Motion to Dismiss without prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, ECF No. 13, is **ADOPTED** in its entirety.

2. Defendant's Motion for Summary Judgment, ECF No. 11, is **GRANTED**.

3. Plaintiff's complaint, ECF No. 1, is **dismissed** without prejudice.

///

///

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

1    **IT IS SO ORDERED.** The District Court Executive is hereby directed to

2    file this Order and provide copies to counsel, Plaintiff, and to Magistrate

3    Judge James P. Hutton.

4    **DATED** this 20th day of August 2015.

5

6

7

8

9    

10                    Stanley A. Bastian
                 United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2